JONES DAY
Bruce Bennett
555 South Flower Street, 50th Floor
Los Angeles, CA 90071
Tel:  (213) 243-2533
Fax: (213) 243-2539

Counsel for the Litigation Trustee of the
 MF Global Litigation Trust and for
 MF Global Holdings Ltd.,
 as Plan Administrator

 -and-

Jane Rue Wittstein
Justin Morgan (admitted *pro hac vice*)
222 East 41st Street
New York, NY 10017
Tel:  (212) 326-3939
Fax: (212) 755-7306

Counsel for MF Global Holdings Ltd.,
 as Plan Administrator

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------- x

In re

MF GLOBAL HOLDINGS LTD., et al.,

   Debtors.[1]

---------------------------------------------------------- x

MF GLOBAL HOLDINGS LTD., as Plan
Administrator; and NADER TAVAKOLI, as
Trustee of the MF Global Litigation Trust,

   Plaintiffs,

  vs.

JON S. CORZINE, *et al.*,

   Defendants.

- and -

:  Chapter 11
:  Case No. 11-15059 (MG)
:  (Jointly Administered)
:  Adv. Proc. No. 15-01362 (MG)

---

[1] The debtors in the chapter 11 cases (the "Chapter 11 Cases") are MF Global Holdings Ltd.; MF Global Finance USA Inc.; MF Global Capital LLC; MF Global Market Services LLC; MF Global FX Clear LLC; and MF Global Holdings USA Inc. (collectively, the "Debtors").

|  | : |
| VIRGINIA RETIREMENT SYSTEM and HER MAJESTY THE QUEEN IN RIGHT OF ALBERTA, each solely in its capacity as Lead Plaintiff in *In re MF Global Holdings Limited Securities Litigation*, Case No. 1:11-cv-07866-VM (S.D.N.Y.) | : |
|  | : |
|  | : |
|  | : |
|  | : |
|  | : |
|  | : |
| ------------------------------------------------------------ | x |

## NOTICE OF VOLUNTARY DISMISSAL OF ST. PAUL MERCURY INSURANCE COMPANY, IRONSHORE INSURANCE LTD., STARR INSURANCE & REINSURANCE LTD., AND IRON-STARR EXCESS AGENCY LTD. WITHOUT PREJUDICE

MF Global Holdings Ltd., as Plan Administrator (the "Plan Administrator") in the above-captioned Chapter 11 Cases pursuant to the Debtors' confirmed plan of liquidation [Ch. 11 Docket No. 1382] (the "Plan"), and Nader Tavakoli in his capacity as the duly appointed trustee of the litigation trust created pursuant to the Plan (the "Litigation Trustee"; collectively with the Plan Administrator, the "Adversary Plaintiffs"), hereby dismiss the above-captioned adversary proceeding without prejudice against the defendants referred to in the Amended Complaint as the "Side ABC Cushion Insurers" along with Iron-Starr Excess Agency Ltd.[2]  The Side ABC Cushion Insurers and Iron-Starr Excess Agency Ltd. were named only in connection with a reserve required for certain indemnification claims covered under Side B of the D&O Policies; these indemnification claims were withdrawn subsequent to the filing of the above-captioned adversary proceeding (see Ch. 11 Docket Nos. 2145-47).

---

[2] Defendant Iron-Starr Excess Agency Ltd. is the company that issued the policy for and on behalf of Starr Insurance & Reinsurance Limited and Ironshore Insurance Ltd. as the co-insurers subscribing to a shared layer of coverage.

NAI-1500676917

2

Accordingly, the Adversary Plaintiffs hereby dismiss without prejudice the above-captioned adversary against the following defendants pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) as made applicable by Federal Rule of Bankruptcy Procedure 7041:

1. St. Paul Mercury Insurance Company
2. Starr Insurance & Reinsurance Limited
3. Ironshore Insurance Ltd.
4. Iron-Starr Excess Agency Ltd.

None of the four insurers listed herein have served either an answer or a motion for summary judgment in the above-captioned adversary proceeding.

Dated:  December 3, 2015
New York, New York

Respectfully submitted,

 /s/  *Jane Rue Wittstein*
Bruce Bennett
JONES DAY
555 South Flower Street, 50th Floor
Los Angeles, CA 90071
Tel:  213-489-3939
Fax: 213-243-2539

Jane Rue Wittstein
Justin Morgan (admitted *pro hac vice*)
JONES DAY
222 East 41st Street
New York, NY 10017
Tel:  212-326-3939
Fax: 212-755-7306

COUNSEL FOR MF GLOBAL HOLDINGS
LTD., AS PLAN ADMINISTRATOR

-and-

/s/  *Bruce Bennett*
Bruce Bennett
JONES DAY
555 South Flower Street
Fiftieth Floor
Los Angeles, CA  90071.2300
Tel:  213.489.3939
Fax: 213.243.2539

COUNSEL FOR THE LITIGATION
TRUSTEE OF THE MF GLOBAL
LITIGATION TRUST

NAI-1500676917                                    3