JONES DAY
Bruce Bennett
555 South Flower Street, 50th Floor
Los Angeles, CA 90071
Tel:  (213) 243-2533
Fax: (213) 243-2539

Counsel for the Litigation Trustee of the
    MF Global Litigation Trust and for
    MF Global Holdings Ltd.,
    as Plan Administrator

 -and-

Jane Rue Wittstein
Justin Morgan
JONES DAY
250 Vesey Street
New York, NY 10281-1047
Tel:  (212) 326-3939
Fax: (212) 755-7306

Counsel for MF Global Holdings Ltd.,
    as Plan Administrator

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| ----------------------------------------------------------- x | Chapter 11 | |
| In re : | Case No. 11-15059 (MG) | |
| MF GLOBAL HOLDINGS LTD., et al., : | (Jointly Administered) | |
| Debtors.[1] : | | |
| ----------------------------------------------------------- x | | |
| MF GLOBAL HOLDINGS LTD., as Plan Administrator; and NADER TAVAKOLI, as Trustee of the MF Global Litigation Trust, : | | |
| Plaintiffs, : | Adv. Proc. No. 15-01362 (MG) | |
| vs. : | | |
| JON S. CORZINE, *et al.*, : | | |
| Defendants. : | | |

---

[1]    The debtors in the chapter 11 cases (the "Chapter 11 Cases") are MF Global Holdings Ltd.; MF Global Finance USA Inc.; MF Global Capital LLC; MF Global Market Services LLC; MF Global FX Clear LLC; and MF Global Holdings USA Inc. (collectively, the "Debtors").

- and -                                                          :
                                                                :
VIRGINIA RETIREMENT SYSTEM and HER              :
MAJESTY THE QUEEN IN RIGHT OF                    :
ALBERTA, each solely in its capacity as Lead     :
Plaintiff in *In re MF Global Holdings Limited*
*Securities Litigation*, Case No. 1:11-cv-07866-   :
VM (S.D.N.Y.)                                    :
                                                                :
------------------------------------------------------------  x

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

MF Global Holdings Ltd. ("MFGH"), as Plan Administrator (the "Plan Administrator") in the above-captioned Chapter 11 Cases pursuant to the Debtors' confirmed plan of liquidation [Ch. 11 Docket No. 1382] (the "Plan"), and Nader Tavakoli in his capacity as the duly appointed trustee of the litigation trust created pursuant to the Plan (the "Litigation Trustee"; collectively with the Plan Administrator, the "Adversary Plaintiffs") hereby dismiss the above-captioned adversary proceeding (the "Section 105 Adversary Proceeding") with prejudice, without costs, expenses, or attorney fees to any party, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) as made applicable by Federal Rule of Bankruptcy Procedure 7041.

For the avoidance of doubt, the dismissal with prejudice of the claims asserted in the Section 105 Adversary Proceeding does not dismiss, bar, or release claims, obligations or causes of action not asserted in the original Complaint or the First Amended Adversary Complaint filed in the Section 105 Adversary Proceeding.

2

Dated:  June 20, 2016
      New York, New York

    */s/  Jane Rue Wittstein*

Bruce Bennett
JONES DAY
555 South Flower Street, 50th Floor
Los Angeles, CA 90071
Tel:  213-489-3939
Fax:  213-243-2539

Jane Rue Wittstein
Justin Morgan
JONES DAY
250 Vesey Street
New York, NY 10281-1047
Tel:  212-326-3939
Fax: 212-755-7306

COUNSEL FOR MF GLOBAL HOLDINGS
LTD., AS PLAN ADMINISTRATOR

    -and-

*/s/  Bruce Bennett*

Bruce Bennett
JONES DAY
555 South Flower Street
Fiftieth Floor
Los Angeles, CA  90071.2300
Tel:  213.489.3939
Fax: 213.243.2539

COUNSEL FOR THE LITIGATION
TRUSTEE OF THE MF GLOBAL
LITIGATION TRUST