**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| _____ ) | |
| In re ) | Chapter 11 |
| ) | |
| MF GLOBAL HOLDINGS LTD., <u>et al.</u>, ) | Case No. 11-15059 (MG) |
| ) | |
| Debtors. ) | (Jointly Administered) |
| ) | |
| _____ ) | |
| ) | |
| MF GLOBAL HOLDINGS LTD., as Plan ) | |
| Administrator; and NADER TAVAKOLI as ) | |
| Trustee of the MF Global Litigation Trust, ) | |
| ) | |
| Plaintiffs, ) | Adv. Proc No. 15-01362 |
| ) | |
| vs. ) | |
| ) | |
| JON S. CORZINE, *et al*. ) | |
| ) | |
| Defendants. ) | |
| ) | |
| - and - ) | |
| ) | |
| VIRGINIA RETIREMENT SYSTEM and ) | |
| HER MAJESTY THE QUEEN IN RIGHT ) | |
| OF ALBERTA, each solely in its capacity as ) | |
| Lead Plaintiff in *In re MF Global Holdings* ) | |
| *Limited Securities Litigation,* Case No. ) | |
| 1:11-cv-07866-VM (S.D.N.Y.) ) | |
| ) | |
| ) | |
| _____ ) | |

<u>**AFFIDAVIT OF SERVICE**</u>

STATE OF WASHINGTON  )
                       ) ss
COUNTY OF KING          )

I, Eric Westberg, being duly sworn, depose and state:

1.      I am a Senior Project Manager with Garden City Group, LLC,[1] the claims and noticing agent for MF Global Holdings Ltd., the Plan Administrator under the *Second Amended and Restated Joint Plan of Liquidation Pursuant to Chapter 11 of the Bankruptcy Code for MF Global Holdings Ltd., MF Global Finance USA Inc., MF Global Capital LLC, MF Global FX Clear LLC, MF Global Market Services LLC, and MF Global Holdings USA Inc.*[2] [Docket No. 1382] in the above-captioned proceeding.  Our business address is 1531 Utah Avenue South, Suite 600, Seattle, Washington 98134.

2.      On June 20, 2016, at the direction of Jones Day, Counsel for MF Global Holdings Ltd., as Plan Administrator, I caused a true and correct copy of the following document to be served by first class mail on the parties identified on Exhibit A annexed hereto (Parties to the Adversary Proceeding):

- **Notice of Voluntary Dismissal with Prejudice** [Docket No. 85].

/s/ Eric Westberg
Eric Westberg

Sworn to before me this 23rd day of
June, 2016

/s/ Ryan M. Bahry
Ryan M. Bahry
Notary Public, State of Washington
License No. 183234
Qualified in King County
Commission Expires: March 9, 2020

---

[1]  Please note that The Garden City Group, Inc. is now Garden City Group, LLC.
[2]  Capitalized terms not otherwise defined herein shall have the meaning ascribed to them in the Second Amended and Restated Plan.

# EXHIBIT A

| | |
|---|---|
| ACE AMERICAN INSURANCE COMPANY<br>ATTN PRESIDENT<br>436 WALNUT ST<br>PHILADELPHIA, PA 19106 | AKIN GUMP STRAUSS HAUER & FELD LLP<br>ATTN DEAN L. CHAPMAN, JR.<br>ONE BRYANT PARK<br>NEW YORK, NY 10036 |
| AKIN GUMP STRAUSS HAUER & FELD LLP<br>ATTN ESTELA DIAZ<br>ONE BRYANT PARK<br>NEW YORK, NY 10036 | AKIN GUMP STRAUSS HAUER & FELD LLP<br>ATTN ROBERT H. HOTZ, JR., ESQ.<br>ONE BRYANT PARK<br>NEW YORK, NY 10036 |
| BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP<br>ATTN SALVATORE J. GRAZIANO<br>1251 AVENUE OF THE AMERICAS<br>NEW YORK, NY 10020 | BINDER & SCHWARTZ LLP<br>ATTN DANIELLE LEVINE<br>366 MADISON AVE<br>FL 6<br>NEW YORK, NY 10017-7108 |
| BINDER & SCHWARTZ LLP<br>ATTN NEIL S. BINDER, ESQ.<br>366 MADISON AVE<br>FL 6<br>NEW YORK, NY 10017-7108 | BLEICHMAR FONTI & AULD LLP<br>ATTN JAVIER BLEICHMAR<br>7 TIMES SQUARE, 27TH FL<br>NEW YORK, NY 10036 |
| CLYDE & CO US LLP<br>ATTN EDWARD J KIRK ESQ<br>THE CHRYSLER BUILDING<br>405 LEXINGTON AVENUE, 16TH FLOOR<br>NEW YORK, NY 10174 | D'AMATO & LYNCH, LLP<br>ATTN MARY JO BARRY, ESQ.<br>TWO WORLD FINANCIAL CENTER, FL 30<br>225 LIBERTY ST<br>NEW YORK, NY 10281 |
| D'AMATO & LYNCH, LLP<br>ATTN MARYANN TAYLOR, ESQ.<br>TWO FINANCIAL CENTER<br>225 LIBERTY ST<br>NEW YORK, NY 10281 | DAVIS POLK & WARDWELL LLP<br>ATTN DANIEL A. SPITZER<br>450 LEXINGTON AVENUE<br>NEW YORK, NY 10017 |
| DAVIS POLK & WARDWELL LLP<br>ATTN DAVID B. TOSCANO<br>450 LEXINGTON AVENUE<br>NEW YORK, NY 10017 | DAVIS POLK & WARDWELL LLP<br>ATTN EDMUND POLUBINSKI III, ESQ.<br>450 LEXINGTON AVE<br>NEW YORK, NY 10017 |
| DECHERT LLP<br>ATTN ANDREW J. LEVANDER, ESQ.<br>1095 AVENUE OF THE AMERICAS<br>NEW YORK, NY 10036 | DECHERT LLP<br>ATTN JONATHAN STREETER, ESQ<br>1095 AVENUE OF THE AMERICAS<br>NEW YORK, NY 10036 |
| DECHERT LLP<br>ATTN MATTHEW L. MAZUR, ESQ.<br>1095 AVENUE OF THE AMERICAS<br>NEW YORK, NY 10036 | FEDERAL INSURANCE COMPANY<br>ATTN PRESIDENT<br>15 MOUNTAIN VIEW RD<br>WARREN, NJ 07059 |
| FEDERAL INSURANCE COMPANY<br>ATTN PRESIDENT<br>ONE AMERICAN SQUARE<br>202 N. ILLINOIS ST, STE 2600<br>INDIANAPOLIS, IN 46282 | FEDERAL INSURANCE COMPANY<br>ATTN:  PRESIDENT<br>CHUBB COMMERCIAL INSURANCE<br>202 HALLS MILL RD.<br>WHITEHOUSE STATION, NJ 08889-3435 |

HARTFORD ACCIDENT & INDEMNITY COMPANY
ATTN:ANTHONY J. FOWLER, ESQ.
277 PARK AVENUE, 15TH FLOOR
NEW YORK, NY 10172

HARTFORD ACCIDENT & INDEMNITY COMPANY
ATTN:CT CORPORATION SYSTEM
AGENT FOR SERVICE OF PROCESS
1015 15TH STREET, N.W.
SUITE 1000
WASHINGTON, DC 20005

HER MAJESTY THE QUEEN IN RIGHT OF ALBERT
ATTN:  PRESIDENT
1100-10830 JASPER AVENUE
EDMONTON A0 T5J 2B3
CANADA

HOGAN LOVELLS US LLP
ATTN DANIEL S. METROKA, ESQ.
1835 MARKET ST, FL 29
PHILADELPHIA, PA 19103

HOGAN LOVELLS US LLP
ATTN DAVID NEWMANN, ESQ.
1835 MARKET ST, FL 29
PHILADELPHIA, PA 19103

HOGAN LOVELLS US LLP
ATTN PIETER VAN TOL, ESQ.
875 THIRD AVENUE
NEW YORK, NY 10022

ILLINOIS NATIONAL INSURANCE COMPANY
ATTN PRESIDENT
175 WATER STREET 18TH FL
NEW YORK, NY 10038

ILLINOIS NATIONAL INSURANCE COMPANY
ATTN PRESIDENT
500 WEST MADISON STREET STE 3000
CHICAGO, IL 60661

IRONSHORE INDEMNITY, INC.
ATTN:  PRESIDENT
100 SOUTH 5TH STREET
MINNEAPOLIS, MN 55402

IRONSHORE INDEMNITY, INC.
ATTN:  PRESIDENT
ONE STATE STREET PLAZA
NEW YORK, NY 10004

IRONSHORE INDEMNITY, INC.
ATTN:  PRESIDENT
P.O. BOX 3407
NEW YORK, NY 10008

IRONSHORE INSURANCE LTD.
ATTN:PRESIDENT, OR
DOMENIC SERRATORE, GLOBAL COMPLIANCE
75 FEDERAL STREET #500
BOSTON, MA 02110

IRON-STARR EXCESS AGENCY LTD.
ATTN: PRESIDENT
SUITE 608, 12 CHURCH STREET
HAMILTON HM11, BERMUDA

KAUFMAN BORGEEST & RYAN LLP
ATTN MATTHEW COLLIBEE
120 BROADWAY, 14TH FLOOR
NEW YORK, NY 10271

KAUFMAN BORGEEST & RYAN LLP
ATTN ROBERT BENJAMIN, ESQ.
120 BROADWAY, FL 14
NEW YORK, NY 10271

NEW HAMPSHIRE INSURANCE COMPANY
ATTN:GEORGE P. LAGOS, AGENT FOR SERVICE OF PROCES
1750 ELM ST.
MANCHESTER, NH 03107

ST. PAUL MERCURY INSURANCE COMPANY
ATTN DANIEL STANDISH
WILEY REIN LLP
1776 K STREET NW
WASHINGTON, DC 20006

ST. PAUL MERCURY INSURANCE COMPANY
ATTN:PRESIDENT
ONE TOWER SQUARE
HARTFORD, CT 06183

ST. PAUL MERCURY INSURANCE COMPANY
THE ST. PAUL COMPANIES INC.
385 WASHINGTON ST
ST. PAUL, MN 55102-1396

STARR INSURANCE & REINSURANCE LIMITED
ATTN:PRESIDENT
399 PARK AVENUE
8TH FLOOR
NEW YORK, NY 10022

STARR INSURANCE & REINSURANCE LIMITED
C/O C T CORPORATION SYSTEM
AGENT FOR SERVICE OF PROCESS
111 EIGHTH AVENUE
NEW YORK, NY 10011

TROUTMAN SANDERS LLP
ATTN GARY DIXON, ESQ.
1850 TOWERS CRESCENT PLAZA, SUITE 500
TYSONS CORNER, VA 22182

TROUTMAN SANDERS LLP
ATTN LESLIE S. AHARI, ESQ.
1850 TOWERS CRESCENT PLAZA, STE 500
TYSONS CORNER, VA 22182

TROUTMAN SANDERS LLP
ATTN LESLIE S. AHARI, ESQ.
1850 TOWERS CRESCENT PLZ STE 500
VIENNA, VA 22182-6228

TROUTMAN SANDERS LLP
ATTN MEREDITH WERNER, ESQ.
1850 TOWERS CRESCENT PLAZA, SUITE 500
TYSONS CORNER, VA 22182

US SPECIALTY INSURANCE COMPANY
ATTN MICHAEL J. SCHELL, CEO
13403 NORTHWEST FREEWAY
HOUSTON, TX 77040-6094

VIRGINIA RETIREMENT SYSTEM
ATTN:PRESIDENT, OR
PATRICIA S. BISHOP, DIRECTOR
1200 EAST MAIN STREET
RICHMOND, VA 23219

WESTCHESTER FIRE INSURANCE COMPANY
ATTN:PRESIDENT
436 WALNUT ST.
PHILADELPHIA, PA 19106

WILSON ELSER MOSKOWITZ
EDELMAN & DICKER LLP
ATTN SCOTT SCHAFFER, ESQ
150 E 42ND ST
NEW YORK, NY 10017

WILSON ELSER MOSKOWITZ
EDELMAN AND DICKER LLP
ATTN JONATHAN E. MEER, ESQ.
150 E 42ND ST
NEW YORK, NY 10017

WILSON ELSER MOSKOWITZ
EDELMAN AND DICKER LLP
ATTN NICOLE LIEBMAN, ESQ.
150 E 42ND ST
NEW YORK, NY 10017