**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

|  |  |
|---|---|
| In re: | Chapter 11 |
| MF GLOBAL HOLDINGS LTD., *et al.*, | Case No. 11-15059 (MG) |
| Debtors.[1] | (Jointly Administered) |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

|  |  |
|---|---|
| MF GLOBAL HOLDINGS LTD., as Plan Administrator, and NADER TAVAKOLI, as Trustee of the MF Global Litigation Trust, | |
| Plaintiffs, | Adv. Pro. No. 15-01362 (MG) |
| v. | |
| JON S. CORZINE, *et al.*, | |
| Defendants, | |
| – and – | |
| VIRGINIA RETIREMENT SYSTEM and HER MAJESTY THE QUEEN IN RIGHT OF ALBERTA, each solely in its capacity as Lead Plaintiff in In re MF Global Holdings Limited Securities Litigation, Case No. 1:11-cv-07866-VM (S.D.N.Y.), | |
| Nominal Defendants. | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

---

[1] The debtors in the chapter 11 cases are MF Global Holdings Ltd.; MF Global Finance USA Inc.; MF Global Capital LLC; MF Global Market Services LLC; MF Global FX Clear LLC; and MF Global Holdings USA Inc. (collectively, the "Debtors").

## ORDER AUTHORIZING THE RELEASE OF
## CONFIDENTIAL DOCUMENTS FILED UNDER SEAL

To facilitate the closing of the captioned matter pursuant to the Notice of Voluntary

Dismissal with Prejudice filed on June 20, 2016 (Dkt. No. 85), the Court hereby directs the Case

Administrator to release the following records for disposal pursuant to the orders authorizing

their filing under seal:

To counsel for the Securities Lead Plaintiffs or their agents:

Securities Lead Plaintiffs' Brief and Joint Declaration in Opposition to the Plan
Administrator's Motion to Stay or Enjoin Final Approval of the Securities D&O
Settlement (Dkt. No. 46), filed under seal on November 10, 2015 (Dkt. No. 49).

To counsel for the Independent Directors or their agents:

Exhibits A, G, and H to the November 9, 2015 Declaration of David B. Toscano
in Support of the Independent Directors' Objection to the Amended Joint Motion
of MF Global Holdings Ltd. and Nader Tavakoli to Temporarily Stay or Prevent
Final Approval of the Individual Defendants' Settlement of the Securities Action
(Dkt. No. 56), filed under seal on November 10, 2015 (Dkt. No. 51).

**IT IS SO ORDERED.**

Dated:  July 26, 2016.
New York, New York

_____/s/Martin Glenn_____
MARTIN GLENN
United States Bankruptcy Judge